No. 922. STADIN v. UNION ELECTRIC Co. Motion to dispense with printing appendix to the petition for certiorari granted. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied. *J. Raymond Dyer* for petitioner. *Richmond C. Coburn* and *Alan C. Kohn* for respondent.

No. 955. FELICE v. UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *P. D. Maktos, John Maktos* and *Moses Krislov* for petitioner. Solicitor General *Cox,* Assistant Attorney. General *Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 65, Misc. CAPLAN v. KORTH, SECRETARY OF THE NAVY, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Charles A. Docter* for petitioner. Solicitor General *Cox,* Acting Assistant Attorney General *Guilfoyle, Alan S. Rosenthal* and *Sherman L. Cohn* for respondents.

No. 286, Misc. IN RE PATE. Court of Criminal Appeals of Oklahoma. Certiorari denied. *Melvin L. Wulf* for petitioner. *Charles Nesbitt,* Attorney General of Oklahoma, and *Hugh H. Collum,* Assistant Attorney General, for the State of Oklahoma.

No. 644, Misc. HAMLETT v. WAINWRIGHT, CORRECTIONS DIRECTOR. Supreme Court of Florida. Certiorari denied. Petitioner *pro se. Richard W. Ervin,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondent.